IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTH CENTRAL CONFERENCE OF SEVENTH-DAY ADVENTISTS d/b/a Oakwood Adventist Academy,  Plaintiff, | )<br>)<br>)<br>)<br>) |
| v. | ) Case No: 2:22-cv-274-RAH-SMD |
| ALABAMA HIGH SCHOOL ATHLETIC ASSOCIATION,  Defendant. | )<br>)<br>)<br>)<br>) |

## **STANDARD BRIEFING ORDER**

Unless expressly directed otherwise, the parties are **ORDERED** to comply with each of the following provisions:

**DISPOSITIVE MOTIONS:** For all dispositive motions, such as motions to remand, motions to dismiss, motions for summary judgment, and Daubert motions, the brief accompanying the motion and the brief in opposition shall not exceed 30 double-spaced pages unless the Court grants advance permission to exceed that limit. Reply briefs shall not exceed fifteen 15 double-spaced pages absent advance permission from the Court.

Responses to dispositive motions shall be due **21 days** after the filing of the motion and any reply within **14 days** of the response. After the briefing period has expired, the Court will take the motion under consideration without further notice to the parties.

1

Parties opposing a dispositive motion are strongly encouraged to make concessions to motions, claims, and arguments when appropriate.

**NON-DISPOSITIVE MOTIONS:** For all future non-dispositive motions, the parties shall confer in good faith to resolve disputes, stipulate to points of agreement, and narrow any remaining issues. All motions shall indicate in the caption whether the motion is opposed. The first paragraph of the motion shall briefly summarize the parties' attempts to resolve issues and set forth areas of agreement and disagreement. Failure to abide by these requirements is grounds for denial of the motion.

Responses to opposed non-dispositive motions shall be filed within **14 days** of the motion and any reply within **7 days** of the response.

**MOTIONS TO EXTEND DISCOVERY DEADLINES:** If a party moves for an extension of any discovery deadline, that party shall set forth the following within the motion: (1) identification of the remaining discovery that is needed and (2) identification of the discovery that has already taken place, including the dates that written discovery was propounded, the dates that responses to the written discovery were provided, the dates of any depositions that have been taken, including the names of the deponents, and information regarding depositions that have been requested but not yet been taken.

The Court expects counsel to proactively engage in discovery once the discovery period has opened. Failure to show adequate progress with discovery efforts may result in denial of a motion for extension.

**FORMATING OBLIGATION:** Briefs or motions that exceed 30 pages shall include a table of contents, a table of authorities, and delineated sections. Absent a specific order of this Court, courtesy copies are **not** requested in this matter.

DONE, on this the 15th day of August 2022.

　　　　　　　　　　　　　　　　　　/s/ R. Austin Huffaker, Jr.
　　　　　　　　　　　　　　　　R. AUSTIN HUFFAKER, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE