IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTH CENTRAL CONFERENCE OF SEVENTH-DAY ADVENTISTS d/b/a Oakwood Adventist Academy,<br><br>    Plaintiff,<br><br>v.<br><br>ALABAMA HIGH SCHOOL ATHLETIC ASSOCIATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 2:22-cv-274-RAH-SMD<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On September 16, 2022, the parties filed a Joint Motion to Stay Proceedings (Doc. 38) representing they are engaged in discussions about a resolution of this case. For good cause, it is

ORDERED that the Joint Motion to Stay Proceedings (Doc. 38) is GRANTED.

Accordingly, all pending deadlines in this case are STAYED pending further order from this Court. The parties shall file a joint status report with the Court on or before **October 31, 2022**, regarding the settlement discussions.

DONE, on this the 20th day of September 2022.

                                                /s/ R. Austin Huffaker, Jr.
                                              R. AUSTIN HUFFAKER, JR.
                                              UNITED STATES DISTRICT JUDGE