# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SOUTH CENTRAL CONFERENCE OF SEVENTH-DAY ADVENTISTS doing business as OAKWOOD ADVENTIST ACADEMY,<br><br>*Plaintiff*,<br><br>v.<br><br>ALABAMA HIGH SCHOOL ATHLETIC ASSOCIATION,<br><br>*Defendant*. | Civil No. 2:22-cv-274-RAH-SMD<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this action is dismissed with prejudice.

Dated:   October 7, 2022                          Respectfully submitted,

/s/ James E. Williams                             /s/ Marc James Ayers
JAMES E. WILLIAMS                                 MARC JAMES AYERS
  ASB-9283-W84J                                     ASB-7731-A60M
C. MARK BAIN                                      JUSTIN A. MILLER
  ASB-8555-N58C                                     ASB-9792-G16B
Melton, Espy & Williams, P.C.                     Bradley Arant Boult Cummings
Post Office Drawer 5130                           One Federal Place
Montgomery, AL 36103-5130                         1819 5th Avenue N
(334) 269-9515                                    Birmingham, AL 35203
Jwilliams@mewlegal.com                            (205) 521-8000
mbain@mewlegal.com                                mayers@bradley.com
                                                  jamiller@bradley.com

DAVID R. BOYD
DORMAN WALKER                                     TODD R. MCFARLAND
Balch & Bingham, LLP                              Associate General Counsel
105 Tallapoosa St., Suite 200                     General Conference of
Montgomery, AL 36104                                Seventh-day Adventists
dboyd@balch.com                                   12501 Old Columbia Pike
dwalker@balch.com                                 Silver Spring, MD 20904

Robert V. Baxley
Balch & Bingham, LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
(205) 226-3466
rbaxley@balch.com

*Attorneys for Defendant*

McFarlandT@gc.adventist.org

Eric C. Rassbach
　D.C. Bar No. 493739
Joseph C. Davis
　D.C. Bar No. 1047629
Laura Wolk
　D.C. Bar No. 1643193
The Becket Fund for
　Religious Liberty
　1919 Pennsylvania Ave. NW
Washington, DC 20006
(202) 955-0095
erassbach@becketlaw.org

*Attorneys for Plaintiff*

2