IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTH CENTRAL CONFERENCE OF SEVENTH-DAY ADVENTISTS d/b/a Oakwood Adventist Academy, <br><br> Plaintiff, <br><br> v. <br><br> ALABAMA HIGH SCHOOL ATHLETIC ASSOCIATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No: 2:22-cv-274-RAH-SMD ) ) ) ) ) ) |

**ORDER**

On October 7, 2022, counsel informed the Court that the parties have stipulated to dismissal of this action with prejudice.  Accordingly, this action is DISMISSED WITH PREJUDICE.  Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order.  Costs are taxed as paid.

DONE and ORDERED on October 11, 2022.

        /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE